# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Wolf, Mark L. | 2. Court or Organization<br><br>United States District Court District of Massachusetts | 3. Date of Report<br><br>05/13/2021 |
|---|---|---|
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>Senior United States District Judge | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial   ✔ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |

| 7. Chambers or Office Address<br><br>1 Courthouse Way Suite 4130<br>Boston, MA 02210 |
|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chairman Emeritus, Director | Albert Schweitzer Fellowship |
| 2. Chair | John William Ward Fellowship |
| 3. Chair | Integrity Initiatives International |
| 4. Senior Fellow | Harvard University Carr Center for Human Rights |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/13/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Third Sector New England/ Integrity Initiatives Int'l | 02/09 -02/14, 2020 | Washington, DC | Educational Program | Transportation, Food & lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/13/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 2.  McDonald's Corp | B | Dividend | L | T | | | | | |
| 3.  Schwab Govt Money Fund | A | Dividend | J | T | | | | | |
| 4. | | | | | | | | | |
| 5.  3 E Brokerage Account (H) 51 | | | | | | | | | |
| 6.  Fidelity Treasury Money Market Fd (FZFXX) | A | Dividend | J | T | | | | | |
| 7.  FIDELITY GOVT MMKT PREMIUM CLASS | A | Dividend | L | T | | | | | |
| 8.  FLEXSHARES TRUST MORNINGSTAR GLOBAL | A | Dividend | J | T | Buy | 11/12/20 | J | | |
| 9.  INVESCO ACTIVLY MANGD ETC FD T | A | Dividend | J | T | Buy | 08/05/20 | J | | |
| 10. | | | | | Buy (add'l) | 11/12/20 | J | | |
| 11.  iShares Core S&P 500 ETF | A | Dividend | K | T | Buy (add'l) | 02/05/20 | K | | |
| 12. | | | | | Sold (part) | 02/28/20 | K | | |
| 13. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 14. | | | | | Sold (part) | 04/30/20 | J | A | |
| 15. | | | | | Buy (add'l) | 06/03/20 | K | | |
| 16. | | | | | Sold (part) | 08/05/20 | J | | |
| 17.  ISHARES INC CORE MSCI EMERGING MKTS | A | Dividend | L | T | Buy (add'l) | 01/06/20 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 04/06/20 | K | | |
| 19. | | | | | Buy (add'l) | 07/06/20 | K | | |
| 20. | | | | | Buy (add'l) | 08/05/20 | K | | |
| 21. | | | | | Sold (part) | 09/03/20 | K | | |
| 22. ISHARES INC MSCI GERMANY ETF | A | Dividend | K | T | Buy | 04/06/20 | K | | |
| 23. | | | | | Sold (part) | 04/30/20 | L | D | |
| 24. | | | | | Buy (add'l) | 06/09/20 | K | | |
| 25. | | | | | Sold (part) | 09/24/20 | K | A | |
| 26. ISHARES INC MSCI JPN ETF NEW | A | Dividend | L | T | Buy | 06/03/20 | K | | |
| 27. | | | | | Buy (add'l) | 09/03/20 | K | | |
| 28. | | | | | Buy (add'l) | 10/07/20 | J | | |
| 29. ISHARES S&P 500 (IVV) | A | Dividend | K | T | Sold (part) | 09/03/20 | K | D | |
| 30. iShares TIPS Bond ETF (TIP) | A | Dividend | | | Buy (add'l) | 02/05/20 | J | | |
| 31. | | | | | Sold | 03/16/20 | J | | |
| 32. ISHARES TR BARCLAYS 7 10 YR | A | Dividend | J | T | Buy | 06/03/20 | J | | |
| 33. iShares TR US Treas BD ETF | A | Dividend | K | T | Sold (part) | 01/06/20 | J | A | |
| 34. | | | | | Buy (add'l) | 02/05/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold<br>(part) | 02/10/20 | K | A | |
| 36. | | | | | Buy<br>(add'l) | 04/30/20 | K | | |
| 37. | | | | | Sold<br>(part) | 11/12/20 | K | | |
| 38.   ISHARES US ETF TR COMMOD SEL STG | A | Dividend | K | T | Buy<br>(add'l) | 01/06/20 | K | | |
| 39. | | | | | Sold<br>(part) | 02/03/20 | K | | |
| 40.   iShares Gold Trust iShares (IAU) | A | Dividend | J | T | | | | | |
| 41.   iShares US Eft Tr Sht Mat DS ETF | B | Dividend | J | T | Buy<br>(add'l) | 03/11/20 | L | | |
| 42. | | | | | Sold<br>(part) | 04/06/20 | J | | |
| 43. | | | | | Sold<br>(part) | 06/03/20 | K | | |
| 44. | | | | | Sold<br>(part) | 07/06/20 | K | | |
| 45. | | | | | Sold<br>(part) | 08/05/20 | K | | |
| 46. | | | | | Buy<br>(add'l) | 10/06/20 | K | | |
| 47.   JP MORGAN EXCHANGE TRADED FD BETBULD | A | Dividend | J | T | Buy<br>(add'l) | 01/06/20 | K | | |
| 48.   JP MORGAN EXCHANGE TRADED FD ULTRA SHRT | A | Dividend | J | T | Sold<br>(part) | 01/06/20 | K | | |
| 49. | | | | | Buy<br>(add'l) | 02/05/20 | K | | |
| 50. | | | | | Buy<br>(add'l) | 03/05/20 | K | | |
| 51.   SPDR INDEX SHS FDS MSCI ACWI EX-US ETF | A | Dividend | | | Sold | 04/06/20 | J | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | SPDR SER TR S&P DIVID ETF (SDY) | A | Dividend | | | Sold (part) | 01/06/20 | K | | |
| 53. | | | | | | Sold | 04/06/20 | J | | |
| 54. | World Gold Tr SPDR Gld Minis | A | Dividend | K | T | Buy (add'l) | 04/30/20 | J | | |
| 55. | | | | | | Buy (add'l) | 08/05/20 | J | | |
| 56. | | | | | | | | | | |
| 57. | 3 E Brokerage Account 95 (H) | | | | | | | | | |
| 58. | Fidelity Treasury Money Market Fd (FZFXX) | A | Dividend | J | T | | | | | |
| 59. | ISHARES INC CORE MSCI EMERGING MKTS (IEMG) | A | Dividend | K | T | Buy (add'l) | 01/06/20 | J | | |
| 60. | | | | | | Sold (part) | 02/05/20 | J | | |
| 61. | | | | | | Buy (add'l) | 04/06/20 | J | | |
| 62. | | | | | | Buy (add'l) | 07/06/20 | J | | |
| 63. | | | | | | Buy (add'l) | 08/05/20 | J | | |
| 64. | ISHARES US ETF TR COMMOD SEL STG | A | Dividend | | | Buy (add'l) | 01/06/20 | J | | |
| 65. | | | | | | Sold | 01/30/20 | J | | |
| 66. | iShares Core S&P 500 ETF (IVV) | A | Dividend | | | Sold (part) | 02/05/20 | J | B | |
| 67. | | | | | | Buy (add'l) | 04/06/20 | J | | |
| 68. | | | | | | Buy (add'l) | 06/03/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Sold | 09/03/20 | J | A | |
| 70.   ISHARES INC MSCI GERMANY ETF | A | Dividend | | | Buy | 04/06/20 | K | | |
| 71. | | | | | Sold (part) | 05/04/20 | K | | |
| 72. | | | | | Buy (add'l) | 06/03/20 | J | | |
| 73. | | | | | Sold | 09/24/20 | J | A | |
| 74.   ISHARES INC MSCI JPN ETF NEW | A | Dividend | K | T | Buy | 06/03/20 | J | | |
| 75. | | | | | Buy (add'l) | 09/03/20 | K | | |
| 76.   iShares Gold Trust iShares (IAU) | A | Dividend | J | T | Sold (part) | 01/06/20 | J | A | |
| 77.   iShares TIPS Bond ETF (TIP) | A | Dividend | | | Sold | 03/03/20 | K | | |
| 78.   iShares TR Short Treas Bd (SHV) | A | Dividend | L | T | Buy (add'l) | 02/05/20 | K | | |
| 79. | | | | | Buy (add'l) | 03/05/20 | J | | |
| 80. | | | | | Buy (add'l) | 04/06/20 | K | | |
| 81. | | | | | Buy (add'l) | 05/04/20 | K | | |
| 82. | | | | | Sold (part) | 06/03/20 | J | | |
| 83. | | | | | Sold (part) | 06/09/20 | J | | |
| 84. | | | | | Sold (part) | 07/06/20 | J | | |
| 85. | | | | | Sold (part) | 08/05/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 10/06/20 | K | | |
| 87. | | | | | Sold (part) | 11/12/20 | J | | |
| 88. ISHARES TRUST 1-3 YEAR TREASURY BOND (SHY) | A | Dividend | K | T | Sold (part) | 01/06/20 | K | | |
| 89. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 90. iShares US Treas Be ETF (GOVT) | A | Dividend | K | T | Buy (add'l) | 02/05/20 | K | | |
| 91. | | | | | Sold (part) | 09/03/20 | K | | |
| 92. JP MORGAN EXCHANGE TRADED FD BETBULD (BBJP) | A | Dividend | | | Buy | 01/06/20 | K | | |
| 93. | | | | | Sold | 01/30/20 | K | | |
| 94. SPDR S&P 500 ETF | A | Dividend | | | Sold | 04/06/20 | J | | |
| 95. SPDR INDEX SHS FDS MSCI ACWI EX-US ETF (CWI) | A | Dividend | | | Sold | 04/06/20 | J | | |
| 96. SPDR SER TR S&P DIVID ETF (SDY) | A | Dividend | | | Buy (add'l) | 01/06/20 | J | | |
| 97. | | | | | Sold (part) | 03/03/20 | J | | |
| 98. | | | | | Sold | 04/06/20 | J | | |
| 99. World Gold TR SPDR Gld Minis (GLDM) | | None | K | T | Buy (add'l) | 05/04/20 | J | | |
| 100. | | | | | | | | | |
| 101. 3 E Brokerage Account 00 (H) | | | | | | | | | |
| 102. Fidelity Treasury Money Market Fd (FZFXX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. FLEXSHARES TRUST MORNINGSTAR GLOBAL UPSTREAM NAT RES IDX (GUNR) | A | Dividend | J | T | Buy | 11/12/20 | J | | |
| 104. INVESCO ACTIVLY MANGD ETC FD T OPTIMUM YIELD (PDBC) | A | Dividend | J | T | Buy | 08/05/20 | J | | |
| 105. | | | | | Sold (part) | 10/06/20 | J | | |
| 106. | | | | | Buy (add'l) | 11/12/20 | J | | |
| 107. ISHARES INC CORE MSCI EMERGING MKTS (IEMG) | A | Dividend | K | T | Buy | 01/06/20 | K | | |
| 108. | | | | | Sold (part) | 02/05/20 | J | | |
| 109. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 110. | | | | | Buy (add'l) | 06/03/20 | J | | |
| 111. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 112. | | | | | Buy (add'l) | 08/05/20 | K | | |
| 113. | | | | | Sold (part) | 09/03/20 | J | A | |
| 114. ISHARES INC MSCI GERMANY ETF (EWG) | A | Dividend | J | T | Buy | 04/06/20 | K | | |
| 115. | | | | | Sold (part) | 05/04/20 | K | | |
| 116. | | | | | Buy (add'l) | 06/03/20 | J | | |
| 117. | | | | | Sold (part) | 09/24/20 | J | A | |
| 118. ISHARES INC MSCI JPN ETF NEW (EWJ) | A | Dividend | K | T | Buy | 06/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 119. | | | | | Buy<br>(add'l) | 09/03/20 | J | | |
| 120. | | | | | Buy<br>(add'l) | 10/07/20 | J | | |
| 121.  iShares S&P 500 ETF (IVV) | A | Dividend | K | T | Buy<br>(add'l) | 02/05/20 | J | | |
| 122. | | | | | Sold<br>(part) | 03/03/20 | J | | |
| 123. | | | | | Buy<br>(add'l) | 04/06/20 | J | | |
| 124. | | | | | Sold<br>(part) | 05/04/20 | J | A | |
| 125. | | | | | Sold<br>(part) | 08/05/20 | J | A | |
| 126. | | | | | Sold<br>(part) | 09/03/20 | J | B | |
| 127.  ISHARES GOLD TRUST ISHARES (IAU) | A | Dividend | J | T | Buy<br>(add'l) | 08/05/20 | J | | |
| 128.  ISHARES US ETF TR COMMOD SEL STG | A | Dividend | J | T | Buy | 01/06/20 | J | | |
| 129.  iShares TIPS Bond ETF (TIP) | A | Dividend | K | T | Buy<br>(add'l) | 02/05/20 | J | | |
| 130. | | | | | Sold<br>(part) | 02/10/20 | J | | |
| 131. | | | | | Sold<br>(part) | 03/16/20 | K | | |
| 132.  ISHARES TR BARCLAYS 7 10 YR (IEF) | A | Dividend | J | T | Buy | 06/03/20 | J | | |
| 133.  ISHARES TR SHORT TREAS BD (SHV) | A | Dividend | J | T | Sold<br>(part) | 04/06/20 | J | | |
| 134. | | | | | Buy<br>(add'l) | 05/04/20 | K | | |
| 135. | | | | | Sold<br>(part) | 06/03/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 136. | | | | | Sold<br>(part) | 06/09/20 | J | | |
| 137. | | | | | Sold<br>(part) | 08/05/20 | K | | |
| 138. | | | | | Buy<br>(add'l) | 10/06/20 | J | | |
| 139. | | | | | Sold<br>(part) | 11/12/20 | J | | |
| 140. iShares TR US Treas BD ETF (GOVT) | A | Dividend | J | T | Buy<br>(add'l) | 02/05/20 | K | | |
| 141. | | | | | Sold<br>(part) | 02/10/20 | J | | |
| 142. | | | | | Buy<br>(add'l) | 03/11/20 | K | | |
| 143. | | | | | Sold<br>(part) | 08/05/20 | J | B | |
| 144. JP MORGAN EXCHANGE TRADED FD<br>BETBULD (BBJP) | A | Dividend | K | T | Buy | 01/06/20 | K | | |
| 145. JP MORGAN EXCHANGE TRADED FD<br>ULTRA SHRT INC (JPST) | A | Dividend | K | T | Sold<br>(part) | 01/06/20 | K | | |
| 146. | | | | | Buy<br>(add'l) | 02/05/20 | J | | |
| 147. | | | | | Sold<br>(part) | 03/11/20 | J | | |
| 148. SPDR INDEX SHS FDS MSCI ACWI EX-<br>US ETF (CWI) | A | Dividend | J | T | Sold<br>(part) | 04/06/20 | J | | |
| 149. SPDR SER TR S&P DIVID ETF (SDY) | A | Dividend | | | Sold<br>(part) | 01/06/20 | K | | |
| 150. | | | | | Sold | 04/06/20 | J | | |
| 151. World Gold Tr Spdr Gld Minis (GLDM) | | None | K | T | Buy<br>(add'l) | 05/04/20 | J | | |
| 152. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153.  3 E Brokerage Account 64 (H) | | | | | | | | | |
| 154.  FLEXSHARES TRUST MORNINGSTAR GLOBAL UPSTREAM NAT RES IDX | A | Dividend | J | T | Buy | 11/12/20 | J | | |
| 155.  Fidelity Treasury Money Market Fd (FZFXX) | A | Interest | J | T | | | | | |
| 156.  INVESCO ACTIVLY MANGD ETC FD T OPTIMUM YIELD (PDBC) | A | Dividend | J | T | Buy | 08/05/20 | J | | |
| 157. | | | | | Sold (part) | 10/06/20 | J | | |
| 158. | | | | | Buy (add'l) | 11/12/20 | J | | |
| 159.  ISHARES INC CORE MSCI EMERGING MKTS (IEMG) | A | Dividend | K | T | Buy | 01/06/20 | K | | |
| 160. | | | | | Sold (part) | 01/22/20 | J | A | |
| 161. | | | | | Sold (part) | 02/05/20 | K | | |
| 162. | | | | | Buy (add'l) | 04/06/20 | K | | |
| 163. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 164. | | | | | Buy (add'l) | 08/05/20 | J | | |
| 165. | | | | | Sold (part) | 09/03/20 | J | | |
| 166. | | | | | Sold (part) | 11/20/20 | J | | |
| 167.  iShares Core S&P 500 ETF (IVV) | A | Dividend | | | Sold (part) | 01/22/20 | J | A | |
| 168. | | | | | Buy (add'l) | 02/10/20 | K | | |
| 169. | | | | | Sold (part) | 03/03/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 171. | | | | | Sold (part) | 05/04/20 | J | | |
| 172. | | | | | Buy (add'l) | 06/03/20 | J | | |
| 173. | | | | | Sold (part) | 08/05/20 | J | | |
| 174. | | | | | Sold | 09/03/20 | J | | |
| 175.  ISHARES US ETF TR COMMOD SEL STG (COMT) | A | Dividend | J | T | | | | | |
| 176.  ISHARES INC MSCI GERMANY ETF (EWG) | A | Dividend | J | T | Buy | 04/06/20 | K | | |
| 177. | | | | | Sold (part) | 05/04/20 | K | | |
| 178. | | | | | Buy (add'l) | 06/03/20 | J | | |
| 179. | | | | | Sold (part) | 09/24/20 | J | | |
| 180.  ISHARES INC MSCI JPN ETF NEW (EWJ) | A | Dividend | L | T | Buy | 06/03/20 | J | | |
| 181. | | | | | Buy (add'l) | 09/03/20 | K | | |
| 182. | | | | | Buy (add'l) | 10/07/20 | J | | |
| 183. | | | | | Sold (part) | 11/20/20 | J | | |
| 184.  iShares Gold Trust iShares (IAU) | A | Dividend | J | T | Sold (part) | 01/22/20 | J | A | |
| 185.  ISHARES S&P 500 (IVV) | A | Dividend | K | T | Buy | 08/05/20 | K | | |
| 186.  iShares TIPS Bond ETF (TIP) | A | Dividend | | | Sold (part) | 01/22/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wolf, Mark L.** | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. | | | | | Buy (add'l) | 02/05/20 | K | | |
| 188. | | | | | Sold (part) | 02/10/20 | J | | |
| 189. | | | | | Sold | 03/16/20 | K | A | |
| 190. ISHARES TR BARCLAYS 7 10 YR (IEF) | A | Dividend | J | T | Buy | 06/03/20 | J | | |
| 191. iSHARES TR SHORT TREAS BD | | None | J | T | Buy | 05/04/20 | K | | |
| 192. | | | | | Sold (part) | 06/03/20 | K | | |
| 193. | | | | | Sold (part) | 06/09/20 | J | | |
| 194. | | | | | Sold (part) | 07/06/20 | J | | |
| 195. | | | | | Sold (part) | 08/05/20 | J | | |
| 196. | | | | | Buy (add'l) | 10/06/20 | K | | |
| 197. | | | | | Sold (part) | 11/12/20 | J | | |
| 198. ISHARES TR US TREAS BD ETF (GOVT) | A | Dividend | K | T | Buy (add'l) | 01/06/20 | K | | |
| 199. | | | | | Sold (part) | 02/10/20 | J | | |
| 200. | | | | | Sold (part) | 04/06/20 | J | | |
| 201. | | | | | Sold (part) | 08/05/20 | K | | |
| 202. JP MORGAN EXCHANGE TRADED FD BETBULD (BBJP) | A | Dividend | | | Buy (add'l) | 01/06/20 | K | | |
| 203. | | | | | Sold (part) | 01/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 204. | | | | | Buy<br>(add'l) | 02/05/20 | J | | |
| 205. | | | | | Buy<br>(add'l) | 03/05/20 | K | | |
| 206. | | | | | Sold | 03/11/20 | K | A | |
| 207. JP Morgan ETF Trust Ultra Short Income<br>(JPST) | A | Dividend | | | Sold | 01/06/20 | K | | |
| 208. SPDR INDEX SHS FDS MSCI ACWI EX-<br>US ETF (CWI) | A | Dividend | | | Sold | 04/06/20 | J | | |
| 209. SPDR SER TR S&P DIVID ETF (SDY) | A | Dividend | | | Sold<br>(part) | 01/06/20 | K | A | |
| 210. | | | | | Sold | 04/06/20 | J | | |
| 211. World Gold Tr SPDR Gld Minis (GLDM) | A | Dividend | K | T | Buy<br>(add'l) | 05/04/20 | J | | |
| 212. | | | | | Buy<br>(add'l) | 08/05/20 | J | | |
| 213. | | | | | | | | | |
| 214. 3 E Brokerage Account 53 (H) | | | | | | | | | |
| 215. FIDELITY TREASURY MONEY<br>MARKET FUND (FZFXX) (X) | A | Dividend | J | T | | | | | |
| 216. INVESCO ACTIVLY MANGD ETC FD T<br>OPTIMUM YIELD | A | Dividend | J | T | Buy | 08/05/20 | J | | |
| 217. | | | | | Sold<br>(part) | 10/06/20 | J | | |
| 218. | | | | | Buy<br>(add'l) | 11/12/20 | J | | |
| 219. ISHARES INC CORE MSCI EMERGING<br>MKTS | A | Dividend | J | T | Buy<br>(add'l) | 01/06/20 | J | | |
| 220. | | | | | Sold<br>(part) | 02/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 222. | | | | | Buy (add'l) | 08/05/20 | J | | |
| 223. | | | | | Sold (part) | 11/20/20 | J | | |
| 224.  ISHARES US ETF TR COMMOD SEL STG | A | Dividend | | | Buy (add'l) | 01/06/20 | J | | |
| 225. | | | | | Sold | 02/03/20 | J | | |
| 226.  iShares S&P 500 ETF (IVV) | A | Dividend | J | T | Sold (part) | 02/03/20 | J | | |
| 227. | | | | | Sold (part) | 09/03/20 | J | | |
| 228.  ISHARES INC MSCI GERMANY ETF | A | Dividend | | | Buy | 06/09/20 | J | | |
| 229. | | | | | Sold | 09/24/20 | J | | |
| 230.  ISHARES INC MSCI JPN ETF NEW (EWJ) | A | Dividend | J | T | Buy (add'l) | 09/03/20 | J | | |
| 231. | | | | | Sold (part) | 11/20/20 | J | | |
| 232.  ISHARES GOLD TRUST ISHARES (IAU) | | None | J | T | | | | | |
| 233.  ISHARES TIPS BOND ETF (TIP) | A | Dividend | | | Sold | 03/16/20 | J | | |
| 234.  ISHARES TRUST 1-3 YEAR TREASURY BOND | A | Dividend | J | T | Sold (part) | 01/06/20 | J | | |
| 235.  iShares TR Short Treas Bd (SHV) | A | Dividend | K | T | Buy (add'l) | 02/05/20 | J | | |
| 236. | | | | | Buy (add'l) | 05/04/20 | J | | |
| 237. | | | | | Sold (part) | 07/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 238. | | | | | Sold<br>(part) | 08/05/20 | J | | |
| 239. | | | | | Buy<br>(add'l) | 09/03/20 | J | | |
| 240. | | | | | Buy<br>(add'l) | 10/06/20 | J | | |
| 241. | | | | | Sold<br>(part) | 11/12/20 | J | | |
| 242. | | | | | Sold<br>(part) | 11/20/20 | J | | |
| 243. iShares TR US Treas BD ETF (GOVT) | A | Dividend | J | T | Buy<br>(add'l) | 02/05/20 | J | | |
| 244. | | | | | Sold<br>(part) | 09/03/20 | J | | |
| 245. JP MORGAN EXCHANGE TRADED FD BETBULD JAPAN (BBJP) | A | Dividend | | | Buy | 01/06/20 | J | | |
| 246. | | | | | Sold | 02/03/20 | J | | |
| 247. SPDR INDEX SHS FDS MSCI ACWI EX-US ETF | A | Dividend | | | Sold | 02/03/20 | J | | |
| 248. SPDR SER TR S&P DIVID ETF | A | Dividend | | | Buy<br>(add'l) | 01/06/20 | J | | |
| 249. | | | | | Sold | 03/03/20 | J | | |
| 250. World Gold TR SPDR GLD MINIS (GLDM) | A | Dividend | J | T | Buy<br>(add'l) | 05/04/20 | J | | |
| 251. | | | | | | | | | |
| 252. 3 E Brokerage Account 56 (H) | | | | | | | | | |
| 253. Fidelity Treasury Money Market Fd (FZFXX) | A | Dividend | J | T | | | | | |
| 254. FLEXSHARES TRUST MORNINGSTAR GLOBAL | A | Dividend | J | T | Buy | 11/12/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 255.  INVESCO ACTIVLY MANGD ETC FD T OPTIMUM YIELD | A | Dividend | J | T | Buy | 08/05/20 | J | | |
| 256. | | | | | Sold (part) | 10/06/20 | J | | |
| 257. | | | | | Buy (add'l) | 11/12/20 | J | | |
| 258.  ISHARES INC CORE MSCI EMERGING MKTS | A | Dividend | K | T | Buy (add'l) | 01/06/20 | J | | |
| 259. | | | | | Sold (part) | 02/03/20 | J | | |
| 260. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 261. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 262. | | | | | Buy (add'l) | 08/05/20 | J | | |
| 263. | | | | | Buy (add'l) | 09/03/20 | J | | |
| 264.  ISHARES CORE S&P 500 ETF | A | Dividend | J | T | Buy (add'l) | 02/10/20 | J | | |
| 265. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 266. | | | | | Buy (add'l) | 06/03/20 | J | | |
| 267. | | | | | Sold (part) | 09/03/20 | J | B | |
| 268.  ISHARES INC MSCI GERMANY ETF | A | Dividend | | | Buy | 04/06/20 | K | | |
| 269. | | | | | Sold (part) | 05/04/20 | K | | |
| 270. | | | | | Buy (add'l) | 06/09/20 | J | | |
| 271. | | | | | Sold | 09/24/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. ISHARES INC MSCI JPN ETF NEW | A | Dividend | K | T | Buy | 06/03/20 | J | | |
| 273. | | | | | Buy (add'l) | 09/03/20 | J | | |
| 274. | | | | | Buy (add'l) | 10/07/20 | J | | |
| 275. iShares TIPS Bond ETF (TIP) | A | Dividend | | | Buy (add'l) | 02/05/20 | J | | |
| 276. | | | | | Sold | 02/10/20 | J | | |
| 277. ISHARES TRUST 1-3 YEAR TREASURY BOND | A | Dividend | | | Sold | 01/06/20 | J | | |
| 278. ISHARES TR SHORT TREAS BD | A | Dividend | | | Buy | 05/04/20 | J | | |
| 279. | | | | | Sold (part) | 06/03/20 | J | | |
| 280. | | | | | Sold (part) | 06/09/20 | J | | |
| 281. | | | | | Sold (part) | 07/06/20 | J | | |
| 282. | | | | | Sold (part) | 08/05/20 | J | | |
| 283. | | | | | Buy (add'l) | 10/06/20 | J | | |
| 284. | | | | | Sold | 11/12/20 | J | | |
| 285. iShares TR US Treas Bd EFT (GOVT) | A | Dividend | K | T | Buy (add'l) | 02/10/20 | J | | |
| 286. | | | | | Sold (part) | 02/10/20 | J | | |
| 287. | | | | | Sold (part) | 08/05/20 | J | A | |
| 288. iShares Gold Trust iShares (IAU) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. ISHARES US ETF TR COMMOD SEL STG | A | Dividend | | | Buy (add'l) | 01/06/20 | J | | |
| 290. | | | | | Sold | 02/03/20 | J | | |
| 291. JP MORGAN EXCHANGE TRADED FD BETBULD | A | Dividend | | | Buy (add'l) | 01/06/20 | J | | |
| 292. | | | | | Sold | 02/03/20 | J | | |
| 293. JP MORGAN EXCHANGE TRADED FD ULTRA SHRT | A | Dividend | | | Sold (part) | 01/06/20 | J | | |
| 294. | | | | | Sold | 02/05/20 | J | A | |
| 295. SPDR INDEX SHS FDS MSCI ACWI EX-US ETF | A | Dividend | | | Sold | 04/06/20 | J | | |
| 296. SPDR SER TR S&P DIVID ETF | A | Dividend | | | Sold (part) | 01/06/20 | J | | |
| 297. | | | | | Sold | 04/06/20 | J | A | |
| 298. World Gold TrSPDR Gld Minis | A | Dividend | J | T | Buy (add'l) | 05/04/20 | J | | |
| 299. | | | | | Buy (add'l) | 08/05/20 | J | | |
| 300. | | | | | | | | | |
| 301. Bank of America (savings) | A | Interest | K | T | | | | | |
| 302. Bank of America (checking) | A | Interest | K | T | | | | | |
| 303. LILO, LLC (Limited Liability Corporation) | F | Dividend | M | U | | | | | |
| 304. Citizens Bank (savings and checkings) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wolf, Mark L.** | 05/13/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In 2020, most of the assets owned by ▮▮▮▮ and me were managed by 3Edge Asset Management ("3Edge"). We invest in what 3Edge calls "Funds," through which identical investments are made simultaneously for many investors. They are not mutual funds. Rather, various index shares are bought and sold for individual accounts at various times. Therefore, there are many transactions described in this Report which would not be required to be reported if we were invested in mutual funds which engaged in similar transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark L. Wolf**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544